■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
NAEEN ROBERTSON, Also Known as NAEEM KIMEL ROBINSON,
Appellant. [724 NYS2d 838] —Judgment, Supreme Court, Bronx
County (Frank Torres, J.), rendered June 23, 1999, convicting
defendant, after a jury trial, of criminal sale of a controlled
substance in or near school grounds and criminal sale of a con-
trolled substance in the third degree, and sentencing him to
concurrent terms of 2 to 6 years and 1 to 3 years, unanimously
affirmed.

The challenged portions of the People's summation were gen-
erally responsive to the defense summation and there was no
pattern of prejudicial misconduct that would warrant reversal
(*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976;
*People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81
NY2d 884). To the extent that the prosecutor, in a brief and
isolated comment, mischaracterized defendant's position, this
did not rise to the level of depriving defendant of a fair trial.

We have considered and rejected defendant's remaining
claims. Concur—Sullivan, P. J., Rosenberger, Tom, Andrias
and Marlow, JJ.